DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DARRELL LEKEITH WARD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-1331

_____

September 8, 2021

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit
Court for Pinellas County; Joseph A. Bulone, Judge.

PER CURIAM.

   Affirmed.

NORTHCUTT, CASANUEVA, and KELLY, JJ., Concur.

_____

Opinion subject to revision prior to official publication.